NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES LESLIE KELLY,               )
                                  )
          Appellant,              )
                                  )
v.                                )       Case No. 2D18-1213
                                  )
STATE OF FLORIDA,                 )
                                  )
          Appellee.               )
_____    )

Opinion filed March 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Highlands County; Peter F. Estrada,
Judge.

James Leslie Kelly, pro se.

PER CURIAM.

          Affirmed.

NORTHCUTT, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.